**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-CV-00259-REB-KLM

CHARLES L. JANNEY, an individual,

    Plaintiff,

v.

HUGH L. JANNEY, an individual, and
HUGH L. JANNEY, trustee for the Jack R. Janney Trust and Margaret M. Janney Trust,

    Defendants.

---

## MINUTE ORDER[1]

---

    The matter comes before the court on **Defendant Hugh L. Janney's Motion To Dismiss or, in the Alternative, to Transfer and Argument in Support Thereof** [#6], filed March 11, 2009. The motion is **STRICKEN** for failure to comply with REB Civ. Practice Standards II.E.1. and V.B.1.

    Dated: March 11, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.