IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00259-REB-KLM

CHARLES L. JANNEY, an individual,

    Plaintiff,

v.

HUGH L. JANNEY, an individual, and
HUGH L. JANNEY, trustee for the Jack R. Janney Trust and Margaret M. Janney Trust,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Unopposed Motion to Excuse Appearance at Scheduling Conference** [Docket No. 16; Filed April 2, 2009] (the "Motion").

    The motion is filed by local counsel for Defendant. The Court has previously granted Defendant co-counsel's request to appear at the scheduling conference via telephone. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. Attorney E.M. Heppenstall must appear in person at the scheduling conference set for April 8, 2009 at 9:30 a.m.

Dated: April 3, 2009